IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ASSURITY LIFE INSURANCE COMPANY ) | |
| ) | |
| Plaintiff,  ) | Civil Action No: 2:16-cv-02196-STA-dkv |
| ) | |
| vs.  ) | |
| ) | |
| ESTATE OF JOHNNIE CHAPMAN III, and  ) | |
| DORIS CHAPMAN  ) | |
| ) | |
| Defendants.  ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this action shall be dismissed with prejudice as to all claims pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: November 30, 2016      Respectfully submitted,

Burch Porter & Johnson, PLLC

s/ Molly Glover
Molly Glover  (16113)
130 North Court Avenue
Memphis, TN  38103
Tel: (901) 524-5000
Fax: (901) 524-5024
mglover@bpjlaw.com
*ATTORNEYS FOR PLAINTIFF*

/s/Chad G. Boonswang
Chad G. Boonswang
**THE BOONSWANG LAW FIRM**
1500 Sansom St.
Suite 200
Philadelphia, PA  19102-2800
Tel: 215.940.8900
Fax: 215.974.7800
Chad@BoonswangLaw.com
*ATTORNEY FOR DEFENDANTS*

2