UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **ASSURITY LIFE INSURANCE COMPANY** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **ESTATE OF JOHNNIE CHAPMAN III, and DORIS CHAPMAN** | **CASE NO: 16-2196-A** |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal entered on November 30, 2016, this cause is hereby dismissed with prejudice.


APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 12/1/2016                                          THOMAS M. GOULD
                                                         **Clerk of Court**


                                                         s/Terry L. Haley
                                                         (By)  Deputy Clerk